IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:09-CV-37-BO

| | |
|---|---|
| SUSAN C. TURNER, Individually, and SUSAN C. TURNER, Administratrix of the ESTATE OF ROGER W. TURNER, JR.<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and UNITED STATES COAST GUARD<br>Defendants. | O R D E R |

Before the Court is the United States' Motion to Compel Production of Social Security Documents and Global Positioning Devices for Inspection [DE 99]. For the reasons set forth in its Memorandum in Support of the Motion to Compel Production of Social Security Documents and Global Positioning Devices for Inspection, and pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, the United States' Motion is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff Susan Turner provide to counsel for the United States, within one week of the date of this Order, copies of all materials in her possession or control which she has provided to the Social Security Administration, or which she has received from the Social Security Administration.

**IT IS FURTHER ORDERED** that Plaintiff Susan Turner complete and sign a SSA 3288 form, "Consent for Release of Information" [DE 99-2], and return the completed form to counsel for the United States within one week of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff Susan Turner deliver to the United States' designated expert, within one week of the date of this Order, all Global Positioning System (GPS) units which were aboard the Turners' boat, the "No Bich'n," at the time of the accident on July 4, 2007. The United States' designated expert will conduct an inspection of the GPS units, which will include acquiring and preserving data from each GPS device, in accordance with the Inspection Protocol attached hereto. The inspection and data acquisition will be conducted at a place to be determined by the United States' designated expert, and at a time to be determined in coordination with Plaintiff's representative, but such coordination is required only if Plaintiff identifies a representative at the time the devices are delivered to the United States' expert. Attendance by counsel at the inspection is permitted, but not required, and accommodation of counsel's schedules should not delay or impede the prompt completion of the inspection procedure.

**IT IS SO ORDERED**, this the  3  day of August, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE